AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR _____ District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

JOHN T. CURLEY, JR.

_____
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case   CR. 08-929-01(FLW)

Upon motion of the ___DEFENDANT___, it is ORDERED that a detention hearing is set ___JANUARY 7, 2009___ * at ___9:30 A.M.___
                                          Date                                                Time

before ___FREDA L. WOLFSON, USDJ___
              Name of Judicial Officer

___Clarkson S. Fisher Federal Building  402 East State St. Trenton, New Jersey  08608___
                          Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
          Other Custodial Official

Date: ___JANUARY 5, 2009___

_/s/ Freda L. Wolfson_
FREDA L. WOLFSON, UNITED STATES DISTRICT JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.