# MICHAEL CHAZEN, ESQ.

### ATTORNEY AT LAW

4400 ROUTE 9 SOUTH · SUITE 1000 · FREEHOLD, NEW JERSEY 07728
1 GATEWAY CENTER, SUITE 2600, NEWARK, NEW JERSEY 07102
TELEPHONE: (732) 303-0808
TELEFAX: (732) 303-0210

> APPLICATION GRANTED.
> SO ORDERED.
>
> _____ 2/5/09
> Freda L. Wolfson, U.S.D.J.

February 5, 2009

Honorable Freda L. Wolfson, U.S.D.J
United States District Court
402 East State Street
Trenton, NJ 08608

Re: **UNITED STATES v. JOHN T. CURLEY, JR.** 08-929-01

Dear Judge Wolfson:

    Your Honor previously ordered that the defendant be evaluated for competency to stand trial on January 13, 2009. The defendant was just transferred yesterday from the Monmouth County Jail to MCC in New York. It is thus unlikely that the examination will be completed within 30 days of the court's order. With the consent of AUSA Kitchen, it is respectfully requested that the court extend the requisite time period for an additional 30 days. Any delay in connection with this Order shall be excluded 3161(h)(1)(A). Thank you for your attention to this matter.

Respectfully submitted,

Michael Chazen

AUSA James Kitchen, Esq.

☆ New hearing date for Mental Competency is set for April 9, 2009 @ 10:00 A.M.